No. 486. MADISON AVENUE CORP. *v.* STOKES, COMMISSIONER OF FINANCE & TAXATION OF TENNESSEE.

November 22, 1939. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Gregg Dyeing Co.* v. *Query,* 286 U. S. 472, 476; *Brown-Forman Co.* v. *Kentucky,* 217 U. S. 563, 571–572; *Swiss Oil Corporation* v. *Shanks,* 273 U. S. 407, 412–413; *Roberts & Schaefer Co.* v. *Emmerson,* 271 U. S. 50, 54–55. *Mr. F. E. Hagler* for appellant. *Mr. W. F. Barry* for appellee.